# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Wu & Associates, Inc. | ) ASBCA Nos. 60115, 60537 |
| | ) |
| Under Contract No. N40085-10-D-9451 | ) |

APPEARANCE FOR THE APPELLANT:      Sean T. O'Meara, Esq.
     Archer & Greiner, P.C.
     Haddonfield, NJ

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
     Navy Chief Trial Attorney
     Todd J. Wagnon, Esq.
     Russell A. Shultis, Esq.
     Trial Attorneys

## ORDER OF DISMISSAL

This dispute has been settled. The appeals are dismissed with prejudice.

Dated: September 20, 2018

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60115, 60537, Appeals of Wu & Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals